1 | Robert F. Schwartz, SBN 227327
    rschwartz@truckerhuss.com
2 | Sean T. Strauss, SBN 245811
    sstrauss@truckerhuss.com
3 | TRUCKER ✦ HUSS
    A Professional Corporation
4 | One Embarcadero Center, 12th Floor
    San Francisco, California 94111
5 | Telephone:    (415) 788-3111
    Facsimile:    (415) 421-2017
6
    Attorneys for Defendant
7 | WESTERN CONFERENCE OF TEAMSTERS
    PENSION TRUST FUND
8
9 | Leonard D. Lerner, SBN 93086
    leonardl@lernerweisslaw.com
10 | LAW OFFICES OF LERNER & WEISS
    21600 Oxnard Street, Suite 1130
11 | Woodland Hills, CA 91367
    Telephone:    (818) 986-0893
12 | Facsimile:    (818) 385-3576

    Attorneys for Plaintiffs
13 | JENNIFER LONNBERG TOLE &
    CURTIS LONNBERG
14

15
                    UNITED STATES DISTRICT COURT
16
                    NORTHERN DISTRICT OF CALIFORNIA
17
                    SAN FRANCISCO DIVISION
18

| | |
|---|---|
| JENNIFER LONNBERG TOLE, an individual; CURTIS LONNBERG, an individual | Case No. 3:15-cv-00044-EMC |
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND, an employer employee jointly administered pension plan; STACY CHRISTINE LONNBERG, an individual; and DOES 1 to 25, inclusive, | (Superior Court of the State of California, County of San Mateo, Case No. CIV 531469) |
| Defendants. | |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; Case No. 3:15-cv-00044-EMC

#1479271

This stipulation is entered into by and among plaintiffs JENNIFER LONNBERG TOLE and CURTIS LONNBERG ("Plaintiffs") and defendant THE WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND (the "Trust") (Plaintiffs and the Trust collectively the "Parties"), by and through their respective counsel.

WHEREAS, Plaintiffs filed their Complaint in the above-entitled action in the Superior Court of California, County of Santa Clara, on November 24, 2014, and personally served the Trust with the Complaint on December 11, 2014;

WHEREAS, the Trust timely removed this action from the Superior Court of California, County of San Mateo, to the United States District Court for the Northern District of California on January 6, 2015;

WHEREAS, under Federal Rule of Civil Procedure 81(c)(2)(C), the current deadline for the Trust to respond to the Complaint is January 13, 2015;

WHEREAS, under Civil Local Rule 6-1(a), the Parties may stipulate in writing without a court order to extend the time within which to answer or otherwise respond to a complaint;

WHEREAS, extending the date for the Trust to respond to the Complaint as set forth below will not alter the date of any event or deadline already fixed by a order of the Court;

NOW THEREFORE, the Parties hereby stipulate and agree as follows:

1.  The Trust's deadline to respond to Plaintiffs' Complaint shall be extended to and including February 13, 2015.

IT IS SO STIPULATED.

DATED: January 9, 2015                TRUCKER ✦ HUSS

By: /s/ Sean T. Strauss
Robert F. Schwartz
Sean T. Strauss
Attorneys for Defendant
WESTERN CONFERENCE OF TEAMSTERS
PENSION TRUST FUND

DATED:  January 9, 2015                              LAW OFFICES OF LERNER & WEISS, APC

                                                     By: /s/ Leonard D. Lerner
                                                         Leonard D. Lerner, Esq.
                                                         Attorneys for PLAINTIFFS
                                                         STACY CHRISTINE LONNBERG &
                                                         CURTIS LONNBERG

I attest that my firm has obtained Mr. Lerner's concurrence in the filing of this document.

DATED: January 9, 2015                               TRUCKER ✦ HUSS

                                                     By: /s/ Sean T. Strauss
                                                         Robert F. Schwartz
                                                         Sean T. Strauss
                                                         Attorneys for Defendant
                                                         WESTERN CONFERENCE OF TEAMSTERS
                                                         PENSION TRUST FUND

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(United States District Court, Northern District of California seal)

---

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; Case No. 3:15-cv-00044-EMC    2

#1479271

# CERTIFICATE OF SERVICE

I, Michael V. Bresso, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within action. I am employed in the City and County of San Francisco, California. My business address is One Embarcadero Center, 12th Floor, San Francisco, California 94111. On the date indicated below, I served the within:

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

to the addressee(s) and in the manner indicated below:

| | |
|---|---|
| Leonard D. Lerner, Esq. | Stacy Christine Lonnberg |
| Law Offices of Lerner & Weiss, APC | CDCR #WE8010 |
| 21600 Oxnard St., Ste. 1130 | Central California Women's Facility |
| Woodland Hills, CA  91367 | P.O. Box 1508 |
| | Chowchilla, CA  93610 |

 **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Certificate of Service was executed by me on January 9, 2015, at San Francisco, California.

/s/Michael V. Bresso
Michael V. Bresso