`Robert F. Schwartz, SBN 227327
rschwartz@truckerhuss.com
Sean T. Strauss, SBN 245811
sstrauss@truckerhuss.com
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111
Telephone: (415) 788-3111
Facsimile: (415) 421-2017

Attorneys for Defendant
WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND

Leonard D. Lerner, SBN 93086
leonardl@lernerweisslaw.com
LAW OFFICES OF LERNER & WEISS
21600 Oxnard Street, Suite 1130
Woodland Hills, CA 91367
Telephone: (818) 986-0893
Facsimile: (818) 385-3576

Attorneys for Plaintiffs
JENNIFER LONNBERG TOLE & CURTIS LONNBERG

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JENNIFER LONNBERG TOLE, an individual; CURTIS LONNBERG, an individual

Plaintiffs,

vs.

WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND, an employer employee jointly administered pension plan; STACY CHRISTINE LONNBERG, an individual; and DOES 1 to 25, inclusive,

Defendants.

Case No. 3:15-cv-00044-EMC

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** ; ORDER

(Superior Court of the State of California, County of San Mateo, Case No. CIV 531469)

This stipulation is entered into by and among plaintiffs JENNIFER LONNBERG TOLE and CURTIS LONNBERG ("Plaintiffs") and defendant THE WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND (the "Trust") (Plaintiffs and the Trust collectively the "Parties"), by and through their respective counsel.

WHEREAS, Plaintiffs filed their Complaint in the above-entitled action in the Superior Court of California, County of Santa Clara, on November 24, 2014, and personally served the Trust with the Complaint on December 11, 2014;

WHEREAS, the Trust timely removed this action from the Superior Court of California, County of San Mateo, to the United States District Court for the Northern District of California on January 6, 2015;

WHEREAS, pursuant to the stipulation of the Parties, the Trust's present deadline to respond to the Complaint is February 13, 2015;

WHEREAS, Defendant Stacy Christine Lonnberg has not responded to the Complaint or to multiple attempts by Plaintiffs' counsel to communicate with her regarding her failure to respond;

WHEREAS, Plaintiffs intend to apply in short order to the court for entry of default judgment against Stacy Christine Lonnberg;

WHEREAS, entry of default judgment against Stacy Christine Lonnberg could resolve many issues in this case as they relate to Plaintiffs' claim against the Trust;

WHEREAS, the Parties thus believe that delaying the Trust's time to respond to the Complaint until after Plaintiffs' motion for entry of default judgment can be heard will both conserve judicial resources and spare the Parties from incurring needless expense;

WHEREAS, under Civil Local Rule 6-1(a), the parties may stipulate in writing without a court order to extend the time within which to answer or otherwise respond to a complaint provided that change will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, extending the date for the Trust to respond to the Complaint as set forth below will not alter the date of any event or deadline already fixed by a order of the Court;

/ / /

/ / /

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

NOW THEREFORE, the Parties hereby stipulate and agree as follows:

1. The Trust's deadline to respond to Plaintiffs' Complaint shall be extended sixty days, to and including April 14, 2015.

IT IS SO STIPULATED.

DATED: February 10, 2015          TRUCKER ✦ HUSS

                                   By: /s/ Sean T. Strauss
                                   Robert F. Schwartz
                                   Sean T. Strauss
                                   Attorneys for Defendant
                                   WESTERN CONFERENCE OF TEAMSTERS
                                   PENSION TRUST FUND

DATED: February 10, 2015          LAW OFFICES OF LERNER & WEISS, APC

                                   By: /s/ Leonard D. Lerner
                                   Leonard D. Lerner, Esq.
                                   Attorneys for PLAINTIFFS
                                   STACY CHRISTINE LONNBERG &
                                   CURTIS LONNBERG

I attest that my firm has obtained Mr. Lerner's concurrence in the filing of this document.

DATED: February 10, 2015          TRUCKER ✦ HUSS

                                   By: /s/ Sean T. Strauss
                                   Robert F. Schwartz
                                   Sean T. Strauss
                                   Attorneys for Defendant
                                   WESTERN CONFERENCE OF TEAMSTERS
                                   PENSION TRUST FUND

IT IS SO ORDERED:
_____
Edward M. Chen
U. S. District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; Case No. 3:15-cv-00044-EMC          2

#1485881

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

# CERTIFICATE OF SERVICE

I, Michael V. Bresso, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within action. I am employed in the City and County of San Francisco, California. My business address is One Embarcadero Center, 12th Floor, San Francisco, California 94111. On the date indicated below, I served the within:

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

to the addressee(s) and in the manner indicated below:

Leonard D. Lerner, Esq.
Law Offices of Lerner & Weiss, APC
21600 Oxnard St., Ste. 1130
Woodland Hills, CA 91367

Stacy Christine Lonnberg
CDCR #WE8010
Central California Women's Facility
P.O. Box 1508
Chowchilla, CA 93610



**BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Certificate of Service was executed by me on February 10, 2015, at San Francisco, California.

/s/Michael V. Bresso
Michael V. Bresso