1  Leonard D. Lerner, Esq. [SBN93086]
   leonardl@lernerweisslaw.com
2  LAW OFFICES OF LERNER & WEISS
   A Professional Corporation
3  21600 Oxnard Street. Suite 1130
   Woodland Hills, California 91367
4  Telephone: (818) 986-0893 * Facsimile: (818) 385-3576

5  File No.: 16027

6  Attorneys for Plaintiffs JENNIFER LONNBERG
   TOLE and CURTIS LONNBERG

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

| | |
|---|---|
| JENNIFER LONNBERG TOLE, an individual; CURTIS LONNBERG, an individual, | Case Number: 3:15-cv-00044-EMC |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | (Superior Court of the State of California, County of San Mateo, Case No. CIV 531469) |
| WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND, an employer employee jointly administered pension plan; STACY CHRISTINE LONNBERG, an individual; and DOES 1 through 25, inclusive, | |
| Defendants. | |

22       TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR
23  RESPECTIVE COUNSEL OF RECORD:
24       I am the counsel for the Plaintiffs in this matter and I voluntarily dismiss this lawsuit
25  pursuant to Federal Rule of Civil Procedure 41(a).
26  ///
27  ///
28  ///

1   Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

2   Dated: May 21, 2015                    LAW OFFICES OF LERNER & WEISS,
                                           A Professional Corporation
3

4

5
                                           By: /s/ Leonard D. Lerner
6
                                           LEONARD D. LERNER
7                                          Attorneys for Plaintiffs, JENNIFER LONNBERG
                                           TOLE and CURTIS LONNBERG
8

9

10
    IT IS SO ORDERED.  All hearings are vacated.
11  _____
    Edward M. Chen
12  U.S. District Judge



NOTICE OF VOLUNTARY DISMISSAL
Case Number: 3:15-cv-00044-EMC                                    Page 2
                                                       Printed On Recycled Paper